U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2026 AUG 25 A 10: 01
CLERK
BY [signature]
DEPUTY CLERK

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Vermont

United States of America
v.
ADRIAN CHAVEZ GUEVARA,
MIGUEL ANGEL CRUZ MARTINEZ,
CARLOS ARMANDO RIOS URQUIJO,
and TING YANG,

*Defendant(s)*

Case No. 2:26-MJ-158-1-2-3-4

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 24, 2026 in the county of Orleans in the District of Vermont, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1325(a)(1) | Illegal entry into the United States at a point other than a designated POE. |

This criminal complaint is based on these facts:

See Affidavit.

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Gregory Bronson, BPA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 25, 2026

[signature]
*Judge's signature*

City and state: Burlington, Vermont

Hon. Kevin J. Doyle, U.S. Magistrate Judge
*Printed name and title*