UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Docket No. 2:26-mj-00158-kjd-4 |
| | ) | |
| TING YANG, | ) | |
| Defendant. | ) | |

**MOTION FOR DETENTION**

The United States moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. Eligibility for Detention. This matter is eligible for detention because the case involves a serious risk that the defendant will flee. *See* 18 U.S.C. § 3142(f)(2)(A).

2. Reason For Detention. The Court should detain the defendant because there are no conditions of release that will reasonably assure the defendant's appearance as required.

3. Rebuttable Presumption. No rebuttable presumption applies in this matter.

4. Time For Detention Hearing. The United States requests the Court conduct the detention hearing at the time of the initial appearance.

5. Other Matters. As alleged in the Complaint, the defendant was apprehended shortly after having unlawfully crossed the international border with Canada on August 24, 2026. The defendant is a citizen of China with no known ties to Vermont or to the United States. The United States submits that there is no condition or combination of conditions of release that will reasonably assure the appearance of the defendant as required. Thus, pretrial detention is appropriate.

Dated at Burlington, in the District of Vermont, August 25, 2026.

Respectfully submitted,

JONATHAN A. OPHARDT
First Assistant United States Attorney

*/s/ David Golubock*
David Golubock
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725